Thursday, January 8, 2015

First court of Appeals, Justices,

With all due respect, I take the time to work on my case. and I just don't understand how Im **Illegally** held here on a charge I did not commit.

Ive filed a Habeas Corpus for relief and gotten no answer.

There was no assault committed, Im looking at the VTCA penal code Right now and its in plain letters.

Justices, I have about 35, cases Ive been reading, that were appeal cases, and from what I can tell, Yall do a very good job at deciding on cases. I do give all of you that. Yall Are very good at your job.

Alls I want is justice, Its only fair to all parties.

In the states brief they said compare 22.02 (A2) with 22.05

and the difference is an assault, or Injurey to one Person. No bodily Injury occurred.

So therefore its deadly conduct.
Respectfully Blake Monatino

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 13 2015

CHRISTOPHER A. PRINE
CLERK

RECEIVED



HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Bayo Madaeino
SPN: 02545341
Street: 701 San Jacinto
Houston, Texas 77002
Cell: 154

INDIGENT

HCSO

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 13 2015
CHRISTOPHER A. PRINE
CLERK

MAILRECEIVED

First Court of Appeals
301 Fannin
Houston, Texas

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77019   $ 000.48⁰
02 1W
000 1374179 JAN 09 2015